IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**WILLIAM T. JENSEN,**

    Petitioner,

v.                                                     Case No. 3:09cv113/MCR/CJK

**KENNETH S. TUCKER,**

    Respondent.
_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 7, 2011. The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a de novo determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The petition for writ of habeas corpus (doc. 1), challenging the conviction and sentence in *State of Florida v. William Thomas Jensen* in the Circuit Court for Okaloosa County, Florida, Case No. 04-CF-1027 is DENIED and the clerk is directed to close the file.

    3.    A certificate of appealability is DENIED.

    DONE AND ORDERED this 9th day of January, 2012.

                                                s/ *M. Casey Rodgers*
                                                **M. CASEY RODGERS**
                                                **CHIEF UNITED STATES DISTRICT JUDGE**